ments, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES B. McLAUGHLIN, Respondent, v. LEONARD CONSTRUCTION CORPORATION, Appellant.— Order modified by striking out the paragraphs thereof numbered 3 and 4, and all of paragraph numbered 2 after the words " the value of the property involved in that action," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT M. KERN, Respondent, v. WALTER J. SALMON, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of PETER J. BRENNAN and Another, Copartners, etc., Appellants, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MEYER D. BASHEIN, as Administrator, etc., of ANNIE SHERMAN, Deceased, Respondent, v. WILLIAM F. MILLER and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RIORDAN, KAUDER & COMPANY, INC., Respondent, v. CHRISTOPHER H. COUGHLIN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS PERELSTEIN, Plaintiff, v. JACOB MOSLOW, Respondent. ABRAHAM MILES, Substituted Attorney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING ISAACS, Respondent, v. MICHAEL SALIT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA ALBERT, Respondent, Appellant, v. SIMON ALBERT, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PIO STERBINI, Appellant, v. THE CORPORATION OF THE ROYAL EXCHANGE ASSURANCE OF LONDON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, for an Order to Take Possession, etc., and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, TRANSATLANTIC SHIPPING CO., INC. (ERNEST MATTUTAT, Prop.). JAMES A. BEHA, Superintendent of